No. 86–589. KRUPPS ET AL. *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied. JUSTICE MARSHALL would grant certiorari.

No. 86–830. CELCOM COMMUNICATIONS CORPORATION OF PENNSYLVANIA *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied. JUSTICE SCALIA took no part in the consideration or decision of this petition.

No. 86–882. HODGSON ET AL. *v.* MINNESOTA ET AL.; and
No. 86–1114. MINNESOTA *v.* HODGSON ET AL. C. A. 8th Cir. Certiorari before judgment denied.

No. 86–885. BOSTON & MAINE CORP. *v.* LENFEST ET AL. C. A. 1st Cir. Motion of National Railway Labor Conference for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 86–893. JACKSON WATER WORKS, INC., ET AL. *v.* PUBLIC UTILITIES COMMISSION OF CALIFORNIA ET AL. C. A. 9th Cir. Certiorari denied. JUSTICE WHITE and JUSTICE POWELL would grant certiorari.

No. 86–938. TENNESSEE *v.* FLETCHER. Ct. Crim. App. Tenn. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 86–965. MILLER ET AL. *v.* SULLIVAN ET AL. Ct. App. Ariz. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.